ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER ESCOBEDO.<br><br>Defendant. | CASE NO.  1:25-CR-00132-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA; ORDER |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for June 3, 2026, is vacated as to this defendant only, and that the matter be set for change of plea on April 27, 2026. A change of plea agreement will be filed within the next week. No exclusion of time is necessary as time has already been excluded through June 3, 2026.

Dated: April 13, 2026                    Respectfully submitted,

                                         ERIC GRANT
                                         United States Attorney


                                   By    /s/ Robert L. Veneman-Hughes, Antonio J.
                                         Pataca, and Luke B. Baty
                                         ROBERT L. VENEMAN-HUGHES
                                         ANTONIO J. PATACA
                                         LUKE B. BATY
                                         Assistant United States Attorneys

Dated: April 13, 2026              By:   /s/ Danica Mazenko
                                         DANICA MAZENKO
                                         Attorney for Defendant
                                         Jennifer Escobedo

Stipulation                                1

ORDER

IT IS SO ORDERED that:

The status conference set for June 3, 2026, is vacated as to this defendant only, and that a change of plea hearing be held before the Honorable District Judge Jennifer L. Thurston on April 27, 2026.  The defendant is ordered to appear.  Any plea agreement must be filed at least one week prior to the April 27, 2026 hearing.

IT IS SO ORDERED.

Dated:    **April 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

Stipulation

2