ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER ESCOBEDO.<br><br>Defendant. | CASE NO. 1:25-CR-00132-JLT-SAB<br><br>STIPULATION TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing currently scheduled for August 24, 2026, be continued to October 19, 2026. The government requires additional time to file informal and formal objections to the PSR. The defendant has no objection to the continuance. No exclusion of time is necessary as time has already been excluded through June 3, 2026.

The revised briefing schedule is as follows:

Informal Objections: August 31, 2026

Final PSR: September 14, 2026

Formal Objections: October 5, 2026

Dated: August 10, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Antonio J. Pataca,
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA

Assistant United States Attorneys

Dated: August 10, 2026

By: /s/ Danica Mazenko
DANICA MAZENKO
Attorney for Defendant
Jennifer Escobedo

ORDER

IT IS SO ORDERED that:

The sentencing hearing set for August 24, 2026, is continued to October 19, 2026. The revised briefing schedule is as follows:

Informal Objections: August 31, 2026

Final PSR: September 14, 2026

Formal Objections: October 5, 2026

IT IS SO ORDERED.

Dated: August 11, 2026

UNITED STATES DISTRICT JUDGE